IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN SCURLOCK,

      Petitioner,

  v.                                    Case No. 2:04-cv-687
                                         JUDGE MARBLEY
PATRICK HURLEY,                   Magistrate Judge KING

      Respondent.

## OPINION AND ORDER

On March 26, 2001, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation,* and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

                                                         **Algenon L. Marbley**
                                                    ALGENON L. MARBLEY
                                                   United States District Judge